No. 79–1996.  DISTRICT ATTORNEY OF SACRAMENTO COUNTY
v. SACRAMENTO COUNTY CIVIL SERVICE COMMISSION ET AL.
Sup. Ct. Cal.  Certiorari dismissed as moot.

No. 80–5122.  BROWNELL v. ILLINOIS.  Sup. Ct. Ill.  Cer-
tiorari dismissed for want of jurisdiction.

No. A–1020 (O. T. 1979).  GIOVINAZZI v. NEW JERSEY.
Application for stay, addressed to THE CHIEF JUSTICE and re-
ferred to the Court, denied.

No. A–1177 (O. T. 1979).  JAFFER v. CITY OF MIAMI ET AL.
Cir. Ct. Fla., Dade County.  Application for stay, addressed
to JUSTICE WHITE and referred to the Court, denied.

No. A–161.  VON MEDLIN ET AL. v. SUPERIOR COURT OF
CALIFORNIA, COUNTY OF SANTA CRUZ (COUNTY OF SANTA
CRUZ, REAL PARTY IN INTEREST).  Application for stay, ad-
dressed to JUSTICE POWELL and referred to the Court, denied.

No. A–232.  MOBLEY ET AL. v. FLORIDA DEPARTMENT OF
HEALTH AND REHABILITATIVE SERVICES.  Application for stay
of adoption, addressed to JUSTICE MARSHALL and referred to
the Court, denied.

No. A–238.  RAPIDES PARISH SCHOOL BOARD ET AL. v. VAL-
LEY ET AL.  D. C. W. D. La.  Application for stay, addressed
to THE CHIEF JUSTICE and referred to the Court, denied.

No. 5, Orig.  UNITED STATES v. CALIFORNIA.  The Solicitor
General is requested to file a response to the petition for
rehearing within 30 days.  JUSTICE MARSHALL took no part
in the consideration or decision of this order.  [For earlier
decision herein, see, e. g., 447 U. S. 1.]